**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| A.D. TRADE Belgium S.P.R.L., | **DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS** |
| *Plaintiff,* | |
| v. | Civil Action No. _____ |
| The Republic of Guinea, | |
| *Defendant.* | |

**DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS**

Certificate required by LCvR 26.1 of the Local Rules of the United States District Court for the District of Columbia:

1.      I, the undersigned, counsel of record for A.D. TRADE Belgium S.P.R.L. ("A.D. Trade"), certify that to the best of my knowledge and belief, A.D. Trade has no publicly held corporate parents, affiliates, or subsidiaries.

2.      I make these representations so that the judges of this Court may determine the need for recusal.

[SIGNATURE BLOCK ON NEXT PAGE]

Dated:  January 31, 2022
        Washington, D.C.

<u>/s/ Josef M. Klazen</u>
Josef M. Klazen
D.C. Bar No. 1003749
Darryl G. Stein
D.D.C. Bar No. NY0338
Steven G. Kobre
D.C. Bar No. 448923
KOBRE & KIM LLP
800 Third Avenue
New York, New York 10022
+1 212 488 1200
josef.klazen@kobrekim.com
darryl.stein@kobrekim.com
steven.kobre@kobrekim.com

Geoffrey J. Derrick
D.C. Bar No. 242467
KOBRE & KIM LLP
1919 M Street NW
Washington, DC 20036
Telephone: +1 202 664 1900
Geoffrey.derrick@kobrekim.com

*Attorneys for Plaintiff*
*A.D. Trade Belgium S.P.R.L.*