AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| A.D. TRADE Belgium S.P.R.L. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:22-cv-00245 |
| The Republic of Guinea ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

A.D. TRADE Belgium S.P.R.L.                                   .

Date:   02/02/2022                           /s/ Darryl G. Stein
                                                         *Attorney's signature*

                                            Darryl G. Stein - D.D.C. Bar No. NY0338
                                                *Printed name and bar number*

                                                        KOBRE & KIM LLP
                                                        800 Third Avenue
                                                    New York, New York 10022
                                                             *Address*

                                                    darryl.stein@kobrekim.com
                                                          *E-mail address*

                                                         (212) 488-1243
                                                         *Telephone number*

                                                         (212) 488-1220
                                                          *FAX number*