# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

A.D. TRADE Belgium S.P.R.L.

_____
      Plaintiff(s)

vs.                  Civil Action No.: __1:22-cv-00245-RJL__

Republic of Guinea

_____
      Defendant(s)

## AFFIDAVIT REQUESTING FOREIGN MAILING

  I, the undersigned, counsel of record for plaintiff(s), hereby request that the Clerk mail a copy of the summons and complaint (and notice of suit, where applicable) to (list name(s) and address(es) of defendants):

Republic of Guinea  
Head of the Ministry of Foreign Affairs  
Port Autonome de Conakry  
P.O. Box 2519  
Conakry  
Republic of Guinea

by: (check one)
- ☐ certified or registered mail, return receipt requested
- ☑ DHL
- ☐ Fed Ex

pursuant to the provisions of: (check one)
- ☐ FRCP 4(f)(2)(C)(ii)
- ☑ 28 U.S.C. § 1608(a)(3)
- ☐ 28 U.S.C. § 1608(b)(3)(B)
- ☐ 28 U.S.C. § 1608(a)(4)

                        /s/ Josef M. Klazen  
                           (Signature)

Josef M. Klazen  
D.C. Bar No. 1003749  
KOBRE & KIM LLP  
800 Third Avenue  
New York, New York 10022  
Telephone: +1.212.488.1200  
                       (Name and Address)