# KOBRE & KIM

800 Third Avenue
New York, New York 10022
www.kobrekim.com
Tel +1 212 488 1200

February 8, 2022

**VIA DDC-ECF**

Clerk of the Court
U.S. District Court for the District of Columbia
E. Barrett Prettyman U.S. Courthouse
William B. Bryant Annex
Room 1225
333 Constitution Avenue, N.W.
Washington, D.C. 20001

      Re:    *A.D. TRADE Belgium S.P.R.L. v. Republic of Guinea*, Case No. 1:22-cv-00245

Dear Clerk of the Court:

We represent the Plaintiff in the above-referenced proceeding. Pursuant to 28 U.S.C. §1608(a)(3), we respectfully request that the Clerk of the Court mail a copy of the following documents, which we will deliver to the Clerk in hard copy:

1. The Notice of Suit, along with a certified French translation;

2. A copy of the Foreign Sovereign Immunities Act of 1976, Pub. L. No. 94-583, 90 Stat. 2891, along with a certified French translation;

3. A copy of the Foreign Sovereign Immunities Act statute, as codified at Sections 1330, 1391(f), 1441(d), and 1602 through 1611 of Title 28 of the United States Code, along with a certified French translation;

4. The Summons in the above-referenced proceeding [Dkt. 7], along with a certified French translation;

5. The Complaint in the above-referenced proceeding [Dkt. 1], along with a certified French translation;

6. The Declaration of Cedric Fischer in support of the Complaint in the above-referenced proceeding [Dkt. 3], along with a certified French translation;

**Americas** (New York, Buenos Aires, Chicago, Delaware, Miami, San Francisco, São Paulo, Washington DC)
**Asia-Pacific** (Hong Kong, Seoul, Shanghai), **EMEA** (Dubai, London, Tel Aviv), **Offshore** (BVI, Cayman Islands)

Kobre & Kim refers to Kobre & Kim llp, a New York Limited Liability Partnership.

February 8, 2022
Page 2 of 3

7. The exhibits to the Declaration of Cedric Fischer in the above-referenced proceeding [Dkt. 3-1 through 3-19], which includes English and French versions of each document;

8. The Local Civil Rule 26.1 Corporate Disclosure Statement for the above-referenced proceeding [Dkt. 2], along with a certified French translation; and,

9. The Civil Cover Sheet for the above-referenced proceeding [Dkt. 1-1], along with a certified French translation.

We respectfully request that the Clerk of the Court mail the above documents by DHL pursuant to 28 U.S.C. §1608(a)(3) to the following four addresses. We will deliver to the Clerk four separate DHL packages for mailing.

Republic of Guinea
Head of the Ministry of Foreign Affairs
Derrière le Ministère des Mines
Almamya
Kaloum
Conakry
Republic of Guinea

Republic of Guinea
Head of the Ministry of Foreign Affairs
Boulevard Maritime
Kaloum
Conakry
Republic of Guinea

Republic of Guinea
Head of the Ministry of Foreign Affairs
Port autonome de Conakry
Rue KA 005
Conakry
Republic of Guinea

Republic of Guinea
Head of the Ministry of Foreign Affairs
Port Autonome de Conakry
P.O. Box 2519
Conakry
Republic of Guinea

February 8, 2022
Page 3 of 3

    We appreciate the Clerk of the Court's attention to this matter.

                              Respectfully submitted,

                              /s/ Josef M. Klazen
                              Josef M. Klazen
                              D.C. Bar No. 1003749
                              Darryl G. Stein
                              D.D.C. Bar No. NY0338
                              Steven G. Kobre
                              D.C. Bar No. 448923
                              KOBRE & KIM LLP
                              800 Third Avenue
                              New York, NY 10022
                              +212 488 1200
                              josef.klazen@kobrekim.com
                              darryl.stein@kobrekim.com
                              steven.kobre@kobrekim.com

                              Geoffrey J. Derrick
                              D.C. Bar No. 242467
                              KOBRE & KIM LLP
                              1919 M Street NW
                              Washington, D.C. 20036
                              +1 202 664 1900
                              geoffrey.derrick@kobrekim.com

                              *Attorneys for Plaintiff*
                              *A.D. TRADE Belgium S.P.R.L.*