# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| A.D. TRADE Belgium S.P.R.L.,<br><br>*Plaintiff*,<br><br>v.<br><br>The Republic of Guinea,<br><br>*Defendant*. | Civil Action No. 1:22-cv-00245 |

## **RETURN OF SERVICE**

I hereby certify that on February 28, 2022, Plaintiff A.D. TRADE Belgium S.P.R.L. ("A.D. Trade") effected service of the following documents by FedEx on the head of the Ministry of Foreign Affairs for the Republic of Guinea, pursuant 28 U.S.C. § 1608(a)(3):

1. The Affidavit Requesting Foreign Mailing [Dkt. 8], the letter addendum to the Affidavit Requesting Foreign Mailing [Dkt. 8-1], and the Notice of Electronic Filing confirming the ECF filing of those two documents in the above-referenced proceeding;

2. A Notice of Suit pursuant to 28 U.S.C. § 1608(a) and 22 CFR § 93.2, along with a certified French translation;

3. A copy of the Foreign Sovereign Immunities Act of 1976, Pub. L. No. 94-583, 90 Stat. 2891, along with a certified French translation;

4. A copy of the statute containing the Foreign Sovereign Immunities Act, as codified at Sections 1330, 1391(f), 1441(d), and 1602 through 1611 of Title 28 of the United States Code, along with a certified French translation;

5. The Summons in the above-referenced proceeding [Dkt. 7], along with a certified French translation;

6. The Notice of Right to Consent to Trial Before a United States Magistrate Judge in the above-referenced proceeding [Dkt. 7-1], along with a certified French translation;

7. The Complaint in the above-referenced proceeding [Dkt. 1], along with a certified French translation;

8. The Declaration of Cedric Fischer in support of the Complaint in the above-referenced proceeding [Dkt. 3], along with a certified French translation;

9. The exhibits to the Declaration of Cedric Fischer in the above-referenced proceeding [Dkt. 3-1 through 3-19], which includes English and French versions of each document;

10. The Local Civil Rule 26.1 Corporate Disclosure Statement for the above-referenced proceeding [Dkt. 2], along with a certified French translation; and,

11. The Civil Cover Sheet for the above-referenced proceeding [Dkt. 1-1], along with a certified French translation.

A.D. Trade also served three additional sets of these papers on the head of the Ministry of Foreign Affairs for the Republic of Guinea on March 10, 2022.

The Clerk of the Court previously certified transmission of the above-listed documents via FedEx waybills numbered 776046163746, 776046250245, 776046341335, and 776046298320 [Dkts. 11 & 11-1]. Copies of the tracking reports for the FedEx waybills are attached as **Exhibit A** and copies of delivery confirmations are attached as **Exhibit B**.

A.D. Trade respectfully submits that, pursuant to 28 U.S.C. § 1608(d), and based on the February 28, 2022 delivery of the FedEx waybill numbered 776046250245, the Republic of Guinea must "serve an answer or other responsive pleading to" A.D. Trade's Complaint on or before April 29, 2022.

Dated: March 18, 2022
       Washington, D.C.

/s/ Josef M. Klazen
Josef M. Klazen
D.C. Bar No. 1003749
Darryl G. Stein
D.D.C. Bar No. NY0338
Steven G. Kobre
D.C. Bar No. 448923
KOBRE & KIM LLP
800 Third Avenue
New York, New York 10022
+1 212 488 1200
josef.klazen@kobrekim.com
darryl.stein@kobrekim.com
steven.kobre@kobrekim.com

Geoffrey J. Derrick
D.C. Bar No. 242467
KOBRE & KIM LLP
1919 M Street NW
Washington, DC 20036
+1 202 664 1900
geoffrey.derrick@kobrekim.com

*Attorneys for Plaintiff*
*A.D. TRADE Belgium S.P.R.L.*