# Exhibit A



**FedEx® Tracking**

776046250245

BOULEVARD MARITIME, KALOUM, CONAKRY

**EDIT NICKNAME**

## Delivered
### Monday, February 28, 2022 at 10:18 am

**DELIVERED**

Signed for by: MAMADOUBA

**GET STATUS UPDATES**

**OBTAIN PROOF OF DELIVERY**

| FROM | TO |
|---|---|
| KOBRE KIM LLP | REPUBLIC OF GUINEA |
| KOBRE KIM LLP | HEAD OF MINISTRY OF FOREIGN AFFAIR |
| 1919 M ST NW | BOULEVARD MARITIME |
| WASHINGTON, DC US 20036 | KALOUM |
| 646-895-3451 | CONAKRY, GN |
| | 224-624-3947 |

## Travel History

**TIME ZONE**
Local Scan Time

**Monday, February 28, 2022**

| 10:18 AM | CONAKRY GN | Delivered |

**Wednesday, February 23, 2022**

| 5:00 PM | CONAKRY GN | Delay<br>Future delivery requested. |
| 1:00 PM | CONAKRY GN | In transit<br>Paperwork available for non-FedEx broker |
| 12:30 PM | CONAKRY GN | In transit<br>Package available for clearance |

**Tuesday, February 22, 2022**

| | | |
|---|---|---|
| 7:03 AM | TREMBLAY EN FRANCE FR | In transit |
| 4:44 AM | ROISSY CHARLES DE GAULLE CEDEX FR | Departed FedEx hub |

**Saturday, February 19, 2022**

| | | |
|---|---|---|
| 11:40 PM | ROISSY CHARLES DE GAULLE CEDEX FR | In transit |
| 6:08 AM | MEMPHIS, TN | In transit |
| 5:17 AM | MEMPHIS, TN | Departed FedEx hub |
| 2:20 AM | MEMPHIS, TN | In transit |
| 12:06 AM | MEMPHIS, TN | Arrived at FedEx hub |

**Friday, February 18, 2022**

| | | |
|---|---|---|
| 8:51 PM | WASHINGTON, DC | Left FedEx origin facility |
| 6:14 PM | WASHINGTON, DC | Picked up |

**Tuesday, February 15, 2022**

| | | |
|---|---|---|
| 9:35 AM | | Shipment information sent to FedEx |

Expand History

## Shipment Facts

| **TRACKING NUMBER** | **SERVICE** | **WEIGHT** |
|---|---|---|
| 776046250245 | International Priority | 7.5 lbs / 3.4 kgs |
| **DIMENSIONS** | **DELIVERY ATTEMPTS** | **DELIVERED TO** |
| 18x12x3 in. | 1 | Receptionist/Front Desk |
| **TOTAL PIECES** | **TOTAL SHIPMENT WEIGHT** | **TERMS** |
| 1 | 7.5 lbs / 3.4 kgs | Shipper |
| **SHIPPER REFERENCE** | **PACKAGING** | **SPECIAL HANDLING SECTION** |
| 06075.001 | FedEx Box | Deliver Weekday |
| **CUSTOMER EXCEPTION REQUEST NUMBER (CER)** | **SHIP DATE** | **SHIPMENT-FACTS.COD-DETAIL** |
| 0307C-59231851 | 2/18/22 | $0.00 |
| **STANDARD TRANSIT** | **ACTUAL DELIVERY** | |
| 2/28/22 before 6:00 pm | 2/28/22 at 10:18 am | |

## Commodity Information

| COUNTRY OF MANUFACTURING | HARMONIZED CODE(S) | DESCRIPTION |
|---|---|---|



| FedEx® Tracking |  |
|---|---|

776046163746

**ADD NICKNAME**

# Delivered
## Thursday, March 10, 2022 at 5:13 pm



**DELIVERED**
Signed for by: BEAVOGUI

**GET STATUS UPDATES**

**OBTAIN PROOF OF DELIVERY**

| FROM | TO |
|---|---|
| KOBRE KIM LLP | REPUBLIC OF GUINEA |
| KOBRE KIM LLP | HEAD OF MINISTRY OF FOREIGN AFFAIR |
| 1919 M ST NW | DERRIERE LE MINISTERE DES MINES |
| WASHINGTON, DC US 20036 | ALMAMYA, KALOUM |
| 646-895-3451 | CONAKRY, GN |
|  | 224-624-3947 |

## Travel History

**TIME ZONE**
Local Scan Time



**Thursday, March 10, 2022**

| 5:13 PM | CONAKRY GN | Delivered |

**Monday, March 7, 2022**

| 3:30 PM | CONAKRY GN | International shipment release - Import |
| 3:00 PM | CONAKRY GN | In transit |
|  |  | Package available for clearance |

**Sunday, February 20, 2022**

| 8:07 AM | TREMBLAY EN FRANCE FR | In transit |
| 2:45 AM | ROISSY CHARLES DE GAULLE CEDEX FR | Departed FedEx hub |

**Saturday, February 19, 2022**

| | | |
|---|---|---|
| 11:28 PM | ROISSY CHARLES DE GAULLE CEDEX FR | In transit |
| 6:08 AM | MEMPHIS, TN | In transit |
| 5:17 AM | MEMPHIS, TN | Departed FedEx hub |
| 2:16 AM | MEMPHIS, TN | In transit |
| 12:06 AM | MEMPHIS, TN | Arrived at FedEx hub |

**Friday, February 18, 2022**

| | | |
|---|---|---|
| 8:51 PM | WASHINGTON, DC | Left FedEx origin facility |
| 6:14 PM | WASHINGTON, DC | Picked up |

**Tuesday, February 15, 2022**

| | | |
|---|---|---|
| 9:29 AM | | Shipment information sent to FedEx |

Collapse History

## Shipment Facts

| TRACKING NUMBER | SERVICE | WEIGHT |
|---|---|---|
| 776046163746 | International Priority | 7.5 lbs / 3.4 kgs |

| DIMENSIONS | DELIVERY ATTEMPTS | TOTAL PIECES |
|---|---|---|
| 18x13x3 in. | 1 | 1 |

| TOTAL SHIPMENT WEIGHT | TERMS | SHIPPER REFERENCE |
|---|---|---|
| 7.5 lbs / 3.4 kgs | Shipper | 06075.001 |

| PACKAGING | SPECIAL HANDLING SECTION | CUSTOMER EXCEPTION REQUEST NUMBER (CER) |
|---|---|---|
| FedEx Box | Deliver Weekday | 0303C-58795659 |

| SHIP DATE | SHIPMENT-FACTS.COD-DETAIL | STANDARD TRANSIT |
|---|---|---|
| 2/18/22 | $0.00 | 2/23/22 before 6:00 pm |

**ACTUAL DELIVERY**
3/10/22 at 5:13 pm

## Commodity Information

| COUNTRY OF MANUFACTURING | HARMONIZED CODE(S) | DESCRIPTION |
|---|---|---|
| US | | CORRESPONDENCE/NO COMMERCIAL VALUE |



| FedEx® Tracking |  |
|---|---|

776046341335

**ADD NICKNAME**

## Delivered
### Thursday, March 10, 2022 at 5:13 pm



**DELIVERED**
Signed for by: BEAVOGUI

**GET STATUS UPDATES**

**OBTAIN PROOF OF DELIVERY**

| FROM | TO |
|---|---|
| KOBRE KIM LLP | REPUBLIC OF GUINEA |
| KOBRE KIM LLP | HEAD OF MINISTRY OF FOREIGN AFFAIR |
| 1919 M ST NW | PORT AUTONOME DE CONAKRY |
| WASHINGTON, DC US 20036 | P.O. BOX 2519 |
| 646-895-3451 | CONAKRY, GN |
|  | 224-624-3947 |

## Travel History

**TIME ZONE**
Local Scan Time

**Thursday, March 10, 2022**

| 5:13 PM | CONAKRY GN | Delivered |

**Monday, March 7, 2022**

| 3:30 PM | CONAKRY GN | International shipment release - Import |
| 3:00 PM | CONAKRY GN | In transit<br>Package available for clearance |

**Sunday, February 20, 2022**

| 8:07 AM | TREMBLAY EN FRANCE FR | In transit |
| 2:45 AM | ROISSY CHARLES DE GAULLE CEDEX FR | Departed FedEx hub |

| | | |
|---|---|---|
| Saturday, February 19, 2022 | | |
| 10:39 PM | ROISSY CHARLES DE GAULLE CEDEX FR | In transit |
| 6:10 AM | MEMPHIS, TN | In transit |
| 6:09 AM | MEMPHIS, TN | Departed FedEx hub |
| 5:16 AM | MEMPHIS, TN | In transit |
| 2:49 AM | MEMPHIS, TN | In transit |
| 12:06 AM | MEMPHIS, TN | Arrived at FedEx hub |
| Friday, February 18, 2022 | | |
| 8:51 PM | WASHINGTON, DC | Left FedEx origin facility |
| 6:14 PM | WASHINGTON, DC | Picked up |
| Tuesday, February 15, 2022 | | |
| 9:40 AM | | Shipment information sent to FedEx |

Expand History ∨

## Shipment Facts

| TRACKING NUMBER | SERVICE | WEIGHT |
|---|---|---|
| 776046341335 | International Priority | 7.5 lbs / 3.4 kgs |

| DIMENSIONS | DELIVERY ATTEMPTS | TOTAL PIECES |
|---|---|---|
| 18x13x3 in. | 1 | 1 |

| TOTAL SHIPMENT WEIGHT | TERMS | SHIPPER REFERENCE |
|---|---|---|
| 7.5 lbs / 3.4 kgs | Shipper | 06075.001 |

| PACKAGING | SPECIAL HANDLING SECTION | CUSTOMER EXCEPTION REQUEST NUMBER (CER) |
|---|---|---|
| FedEx Box | Deliver Weekday | 0303C-58796093 |

| SHIP DATE | SHIPMENT-FACTS.COD-DETAIL | STANDARD TRANSIT |
|---|---|---|
| 2/18/22 ⓘ | $0.00 | 2/23/22 before 6:00 pm ⓘ |

| ACTUAL DELIVERY | | |
|---|---|---|
| 3/10/22 at 5:13 pm | | |

## Commodity Information

| COUNTRY OF MANUFACTURING | HARMONIZED CODE(S) | DESCRIPTION |
|---|---|---|
| US | | CORRESPONDENCE/NO COMMERCIAL VALUE |



FedEx® Tracking

776046298320

**ADD NICKNAME**

 

## Delivered
### Thursday, March 10, 2022 at 5:13 pm



**DELIVERED**
Signed for by: BEAVOGUI

**GET STATUS UPDATES**

**OBTAIN PROOF OF DELIVERY**

| FROM | TO |
|---|---|
| **KOBRE KIM LLP** | **REPUBLIC OF GUINEA** |
| KOBRE KIM LLP | HEAD OF MINISTRY OF FOREIGN AFFAIR |
| 1919 M ST NW | PORT AUTONOME DE CONAKRY |
| WASHINGTON, DC US 20036 | RUE KA 005 |
| 646-895-3451 | CONAKRY, GN |
|  | 224-624-3947 |

### Travel History

| TIME ZONE |  |  |  |
|---|---|---|---|
| Local Scan Time |  |  |  |



**Thursday, March 10, 2022**

| 5:13 PM | CONAKRY GN | Delivered |
|---|---|---|

**Monday, March 7, 2022**

| 3:30 PM | CONAKRY GN | International shipment release - Import |
|---|---|---|
| 3:00 PM | CONAKRY GN | In transit<br>Package available for clearance |

**Sunday, February 20, 2022**

| 8:07 AM | TREMBLAY EN FRANCE FR | In transit |
|---|---|---|
| 2:45 AM | ROISSY CHARLES DE GAULLE CEDEX FR | Departed FedEx hub |

| Saturday, February 19, 2022 | | |
|---|---|---|
| 11:35 PM | ROISSY CHARLES DE GAULLE CEDEX FR | In transit |
| 6:10 AM | MEMPHIS, TN | In transit |
| 6:09 AM | MEMPHIS, TN | Departed FedEx hub |
| 5:16 AM | MEMPHIS, TN | In transit |
| 2:08 AM | MEMPHIS, TN | In transit |
| 12:06 AM | MEMPHIS, TN | Arrived at FedEx hub |

| Friday, February 18, 2022 | | |
|---|---|---|
| 8:51 PM | WASHINGTON, DC | Left FedEx origin facility |
| 6:14 PM | WASHINGTON, DC | Picked up |

| Tuesday, February 15, 2022 | | |
|---|---|---|
| 9:38 AM | | Shipment information sent to FedEx |

Expand History

## Shipment Facts

| TRACKING NUMBER | SERVICE | WEIGHT |
|---|---|---|
| 776046298320 | International Priority | 7.5 lbs / 3.4 kgs |

| DIMENSIONS | DELIVERY ATTEMPTS | TOTAL PIECES |
|---|---|---|
| 18x13x3 in. | 1 | 1 |

| TOTAL SHIPMENT WEIGHT | TERMS | SHIPPER REFERENCE |
|---|---|---|
| 7.5 lbs / 3.4 kgs | Shipper | 06075.001 |

| PACKAGING | SPECIAL HANDLING SECTION | CUSTOMER EXCEPTION REQUEST NUMBER (CER) |
|---|---|---|
| FedEx Box | Deliver Weekday | 0302C-58653759 |

| SHIP DATE | SHIPMENT-FACTS.COD-DETAIL | STANDARD TRANSIT |
|---|---|---|
| 2/18/22 | $0.00 | 2/23/22 before 6:00 pm |

**ACTUAL DELIVERY**
3/10/22 at 5:13 pm

## Commodity Information

| COUNTRY OF MANUFACTURING | HARMONIZED CODE(S) | DESCRIPTION |
|---|---|---|
| US | | CORRESPONDENCE/NO COMMERCIAL VALUE |