# Exhibit B

March 07, 2022

Dear Customer,

The following is the proof-of-delivery for tracking number: 776046250245

### Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Receptionist/Front Desk |
| **Signed for by:** | MAMADOUBA | **Delivery Location:** | BOULEVARD MARITIME |
| **Service type:** | International Priority | | KALOUM |
| **Special Handling:** | Deliver Weekday | | CONAKRY, |
| | | **Delivery date:** | Feb 28, 2022 10:18 |

### Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 776046250245 | **Ship Date:** | Feb 18, 2022 |
| | | **Weight:** | 7.5 LB/3.41 KG |

**Recipient:**
REPUBLIC OF GUINEA, HEAD OF MINISTRY OF FOREIGN AFFAIR
BOULEVARD MARITIME
KALOUM
CONAKRY, GN,

**Shipper:**
KOBRE   KIM LLP, KOBRE   KIM LLP
1919 M ST NW
WASHINGTON, DC, US, 20036

**Reference**    06075.001

Signature Proof of Delivery is not currently available for this Tracking Number.  Availability of signature images may take up to 5 days after delivery date. Please try later, or contact Customer Service at 1.800.Go.FedEx(R) 800.463.3339.

Thank you for choosing FedEx

March 10, 2022

Dear Customer,

The following is the proof-of-delivery for tracking number: 776046163746

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | |
| **Signed for by:** | BEAVOGUI | **Delivery Location:** | DERRIERE LE MINISTERE DES MINES |
| **Service type:** | International Priority | | ALMAMYA, KALOUM |
| **Special Handling:** | Deliver Weekday | | CONAKRY, |
| | | **Delivery date:** | Mar 10, 2022 17:13 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 776046163746 | **Ship Date:** | Feb 18, 2022 |
| | | **Weight:** | 7.5 LB/3.41 KG |

**Recipient:**
REPUBLIC OF GUINEA, HEAD OF MINISTRY OF FOREIGN AFFAIR
DERRIERE LE MINISTERE DES MINES
ALMAMYA, KALOUM
CONAKRY, GN,

**Shipper:**
KOBRE   KIM LLP, KOBRE   KIM LLP
1919 M ST NW
WASHINGTON, DC, US, 20036

**Reference**      06075.001

Signature Proof of Delivery is not currently available for this Tracking Number.  Availability of signature images may take up to 5 days after delivery date. Please try later, or contact Customer Service at 1.800.Go.FedEx(R) 800.463.3339.

Thank you for choosing FedEx

March 10, 2022

Dear Customer,

The following is the proof-of-delivery for tracking number: 776046341335

### Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | |
| **Signed for by:** | BEAVOGUI | **Delivery Location:** | PORT AUTONOME DE CONAKRY |
| **Service type:** | International Priority | | P.O. BOX 2519 |
| **Special Handling:** | Deliver Weekday | | CONAKRY, |
| | | **Delivery date:** | Mar 10, 2022 17:13 |

### Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 776046341335 | **Ship Date:** | Feb 18, 2022 |
| | | **Weight:** | 7.5 LB/3.41 KG |

**Recipient:**
REPUBLIC OF GUINEA, HEAD OF MINISTRY OF FOREIGN AFFAIR
PORT AUTONOME DE CONAKRY
P.O. BOX 2519
CONAKRY, GN,

**Shipper:**
KOBRE   KIM LLP, KOBRE   KIM LLP
1919 M ST NW
WASHINGTON, DC, US, 20036

**Reference**         06075.001

Signature Proof of Delivery is not currently available for this Tracking Number.  Availability of signature images may take up to 5 days after delivery date. Please try later, or contact Customer Service at 1.800.Go.FedEx(R) 800.463.3339.

Thank you for choosing FedEx

FedEx

March 10, 2022

Dear Customer,

The following is the proof-of-delivery for tracking number: 776046298320

### Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | |
| **Signed for by:** | BEAVOGUI | **Delivery Location:** | PORT AUTONOME DE CONAKRY |
| **Service type:** | International Priority | | RUE KA 005 |
| **Special Handling:** | Deliver Weekday | | CONAKRY, |
| | | **Delivery date:** | Mar 10, 2022 17:13 |

### Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 776046298320 | **Ship Date:** | Feb 18, 2022 |
| | | **Weight:** | 7.5 LB/3.41 KG |

**Recipient:**
REPUBLIC OF GUINEA, HEAD OF MINISTRY OF FOREIGN AFFAIR
PORT AUTONOME DE CONAKRY
RUE KA 005
CONAKRY, GN,

**Shipper:**
KOBRE   KIM LLP, KOBRE   KIM LLP
1919 M ST NW
WASHINGTON, DC, US, 20036

**Reference**    06075.001

Signature Proof of Delivery is not currently available for this Tracking Number.  Availability of signature images may take up to 5 days after delivery date. Please try later, or contact Customer Service at 1.800.Go.FedEx(R) 800.463.3339.

Thank you for choosing FedEx