UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| A.D. TRADE Belgium S.P.R.L., <br><br> *Plaintiff*, <br><br> v. <br><br> The Republic of Guinea, <br><br> *Defendant*. | Civil Action No. 1:22-cv-00245 |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 12, 2022, Plaintiff A.D. TRADE Belgium S.P.R.L. ("A.D. Trade") effected service of the Court's Case Management Order [Dkt. 13] on the head of the Ministry of Foreign Affairs for the Republic of Guinea via FedEx delivery of waybills numbered 776523401874, 776523516343, 776523573887, and 776523646213.

[SIGNATURE BLOCK ON NEXT PAGE]

| | |
|---|---|
| Dated: April 15, 2022<br>Washington, D.C. | /s/ Josef M. Klazen<br>Josef M. Klazen<br>D.C. Bar No. 1003749<br>Steven G. Kobre<br>D.C. Bar No. 448923<br>Darryl G. Stein<br>D.D.C. Bar No. NY0338<br>KOBRE & KIM LLP<br>800 Third Avenue<br>New York, New York 10022<br>+1 212 488 1200<br>josef.klazen@kobrekim.com<br>steven.kobre@kobrekim.com<br>darryl.stein@kobrekim.com<br><br>Geoffrey J. Derrick<br>D.C. Bar No. 242467<br>KOBRE & KIM LLP<br>1919 M Street NW<br>Washington, DC 20036<br>+1 202 664 1900<br>geoffrey.derrick@kobrekim.com<br><br>*Attorneys for Plaintiff*<br>*A.D. TRADE Belgium S.P.R.L.* |