# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| A.D. TRADE Belgium S.P.R.L., <br><br> *Plaintiff*, <br><br> v. <br><br> The Republic of Guinea, <br><br> *Defendant*. | Civil Action No. 1:22-cv-00245 |

## REQUEST FOR ENTRY OF DEFAULT

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiff A.D. TRADE Belgium S.P.R.L. respectfully requests that the Clerk of the Court enter a default by Defendant the Republic of Guinea ("Guinea"), as Guinea has failed to answer or otherwise respond to A.D. Trade's Complaint within the 60 days from service as allowed by 28 U.S.C. § 1608(d). A Declaration in support of this request is attached hereto as Exhibit 1.

[SIGNATURE BLOCK ON NEXT PAGE]

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: May 10, 2022<br>Washington, D.C. | /s/ Geoffrey J. Derrick<br>Geoffrey J. Derrick<br>D.C. Bar No. 242467<br>KOBRE & KIM LLP<br>1919 M Street NW<br>Washington, DC 20036<br>+1 202 664 1900<br>geoffrey.derrick@kobrekim.com<br><br>Josef M. Klazen<br>D.C. Bar No. 1003749<br>Steven G. Kobre<br>D.C. Bar No. 448923<br>Darryl G. Stein<br>D.D.C. Bar No. NY0338<br>KOBRE & KIM LLP<br>800 Third Avenue<br>New York, New York 10022<br>+1 212 488 1200<br>josef.klazen@kobrekim.com<br>steven.kobre@kobrekim.com<br>darryl.stein@kobrekim.com<br><br>*Attorneys for Plaintiff*<br>*A.D. TRADE Belgium S.P.R.L.* |