UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| A.D. TRADE Belgium S.P.R.L.,<br><br>*Plaintiff*,<br><br>v.<br><br>The Republic of Guinea,<br><br>*Defendant*. | Civil Action No. 1:22-cv-00245 |

### DECLARATION OF GEOFFREY J. DERRICK IN SUPPORT OF PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT

Pursuant to 28 U.S.C. § 1746, I, Geoffrey J. Derrick, hereby declare as follows:

1.  I am a member of the Bar of this Court and am an associate with the law firm Kobre & Kim LLP.  My law firm represents Plaintiff A.D. TRADE Belgium S.P.R.L. ("A.D. Trade") in the above-captioned action.  I am fully familiar with all the facts and circumstances in the above-captioned action.

2.  I make this Declaration in support of A.D. Trade's Request for Entry of Default under Rule 55(a) of the Federal Rules of Civil Procedure, which requests that the Clerk of the Court enter a default against Defendant Republic of Guinea ("Guinea") because Guinea has failed to oppose or otherwise response to A.D. Trade's Complaint.

3.  On January 31, 2022, A.D. Trade filed its Complaint [Dkt. 1], and on February 2, 2022, A.D. Trade filed its Summons [Dkt. 7].

4.  As described more fully in A.D. Trade's Return of Service [Dkt. 12], on February 28, 2022, A.D. Trade effected service via FedEx of a set of papers on the head of the Ministry of Foreign Affairs for the Republic of Guinea pursuant 28 U.S.C. § 1608(a)(3).  A.D. Trade also

1

served three additional sets of these papers (at different addresses) on the head of the Ministry of Foreign Affairs for the Republic of Guinea on March 10, 2022.

5. Guinea had 60 days from the date of service to file an Answer or otherwise respond to the Complaint. *See* 28 U.S.C. § 1608(d) ("In any action brought in a court of the United States or of a State, a foreign state, a political subdivision thereof, or an agency or instrumentality of a foreign state shall serve an answer or other responsive pleading to the complaint within sixty days after service has been made under this section."). Accordingly, Guinea's response deadline was April 29, 2022.

6. Guinea did not appear to answer or otherwise respond to A.D. Trade's Complaint by the deadline of April 29, 2022. Under these circumstances, Rule 55(a) of the Federal Rules of Civil Procedure requires that the Clerk of the Court to enter Guinea's default.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 10, 2022  
       Washington, D.C.

/s/ Geoffrey J. Derrick  
Geoffrey J. Derrick  
D.C. Bar No. 242467  
KOBRE & KIM LLP  
1919 M Street NW  
Washington, DC 20036  
+1 202 664 1900  
geoffrey.derrick@kobrekim.com