Default - Rule 55A                                                                    (CO 40 Revised-6/2019)

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

A.D. TRADE Belgium S.P.R.L.,

              Plaintiff(s)

  v.

Civil Action: 22-cv-00245 RJL

REPUBLIC OF GUINEA

             Defendant(s)

**RE:** Republic of Guinea ("Guinea")

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on 2/28/2022, and an affidavit on behalf of the plaintiff having been filed, it is this 11th day of May, 2022 declared that defendant(s) is/are in default.

ANGELA D. CAESAR, Clerk

By: /s/Jackie Francis
Deputy Clerk