**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| A.D. TRADE Belgium S.P.R.L., *Plaintiff*, v. The Republic of Guinea, *Defendant*. | Civil Action No. 1:22-cv-00245 |

## MOTION FOR ENTRY OF DEFAULT JUDGMENT

Pursuant to 28 U.S.C. § 1608 and Rule 55 of the Federal Rules of Civil Procedure, Plaintiff A.D. TRADE Belgium S.P.R.L. ("A.D. Trade") moves for entry of a default judgment against Defendant Republic of Guinea ("Guinea") for the reasons set forth in the accompanying Memorandum of Law in Support of Plaintiff's Motion for Entry of Default Judgment, together with the supporting Declaration of Josef M. Klazen, the Declaration of Cédric Fischer (ECF 3) and corresponding exhibits (ECF 3-1 through 3-19), and the Supplemental Declaration of Cédric Fischer;

WHEREFORE, A.D. Trade moves the Court to enter default judgment against Guinea.

[SIGNATURE BLOCK ON NEXT PAGE]

Respectfully submitted,

Dated: June 11, 2022
      Washington, D.C.

/s/ Josef M. Klazen
Josef M. Klazen
D.C. Bar No. 1003749
Steven G. Kobre
D.C. Bar No. 448923
Darryl G. Stein
D.D.C. Bar No. NY0338
KOBRE & KIM LLP
800 Third Avenue
New York, New York 10022
+1 212 488 1200
josef.klazen@kobrekim.com
steven.kobre@kobrekim.com
darryl.stein@kobrekim.com

Geoffrey J. Derrick
D.C. Bar No. 242467
KOBRE & KIM LLP
1919 M Street NW
Washington, DC 20036
+1 202 664 1900
geoffrey.derrick@kobrekim.com

*Attorneys for Plaintiff*
*A.D. TRADE Belgium S.P.R.L.*