UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| A.D. TRADE Belgium S.P.R.L.,<br><br>*Plaintiff*,<br><br>v.<br><br>The Republic of Guinea,<br><br>*Defendant*. | Civil Action No. 1:22-cv-00245 |

**[PROPOSED] ORDER**

Upon consideration of the Plaintiff A.D. TRADE Belgium S.P.R.L. ("A.D. Trade")'s Complaint, ECF 1, and Motion for Entry of Default Judgment, and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby

ORDERED that the Motion for Default Judgment is GRANTED; it is

FURTHER ORDERED that the final arbitration award issued on February 3, 2020, by the International Chamber of Commerce's International Court of Arbitration, seated in Paris, France, in the matter captioned *A.D. TRADE Belgium S.P.R.L. (Belgium) v. Republic of* Guinea, ICC Case No. 22374/DDA, is hereby CONFIRMED under the Federal Arbitration Act, 9 U.S.C. § 207; it is

FURTHER ORDERED that, pursuant to D.C. Code § 15-367, the final order of recognition or "exequatur" issued on December 8, 2017, by the Tribunal de Grande Instance of Paris, France is recognized and enforceable in the same manner and to the same extent as a judgment rendered in the District of Columbia; it is

FURTHER ORDERED that judgment is hereby entered in favor of A.D. Trade and against the Republic of Guinea in the following amounts:

1. For the 2017 Award/2017 Judgment, EUR 46,074,463.00 and US $157,402.50, as specified in the 2017 Award;

2. For the 2017 Award/2017 Judgment, prejudgment interest of EUR _____ and US _____;

3. For the 2020 Award, US $5,293,854.00, as specified in the 2020 Award; and,

4. For the 2020 Award, prejudgment interest of US _____.

5. For the total amount of (1) through (4) above, post-judgment interest at the statutory rate under 28 U.S.C. § 1961(a).

And it is FURTHER ORDERED that, as the prevailing party, A.D. Trade is entitled to taxable costs arising out of these proceedings pursuant to Rule 54(d)(1) of the Federal Rules of Civil Procedure, and A.D. Trade may seek costs in accordance with Local Civil Rule 54.1.

This is a final, appealable Order pursuant to Rule 4(a)(1) of the Federal Rules of Civil Procedure.

_____